IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARVIN MUHAMMAD/SMITH                                                          PLAINTIFF

Vs.                             CASE NO.   5:04cv00153 JMM

LINDA SIMMONS, et al                                                           DEFENDANTS

ORDER

Due to a scheduling conflict, the jury trial scheduled November 7, 2007, is canceled.

The jury trial will be reset by separate order.

IT IS SO ORDERED this 26nd day of October, 2007.

AT THE DIRECTION OF THE COURT

JAMES W. McCORMACK
CLERK OF COURT

By  /s/ Donna Jackson
        Deputy Clerk