**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


**MARVIN MUHAMMAD/SMITH
ADC #86280**                                                                                      **PLAINTIFF**

**vs.**                                          **CASE NO. 5:04CV000153 JMM**

**LINDA SIMMONS, ET AL.**                                                           **DEFENDANTS**


**ORDER OF DISMISSAL**

Having been notified that a settlement has been reached in this matter, the Court

finds that this case should be dismissed.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 60 days to vacate this order and to

reopen the action if it is satisfactorily shown that settlement has not been completed

and further litigation is necessary. If the parties desire any settlement agreement be

made a part of the record herein, they are directed to reduce it to writing and file with

the Court within 30 days of the date of this order.

IT IS SO ORDERED this ___12___ day of __November__, 2008.


_____
James M. Moody
United States District Judge